FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY 29 2015

CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>576 BARRELS OF HONEY, )<br>)<br>Defendant. )<br>) | CASE NO. CV414-035 |

## DEFAULT JUDGMENT
## AND FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff United States of America has moved this Court, pursuant to Fed. R. Crim. P. 55, for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against Defendant 576 Barrels of Honey ("Defendant Property"), as well as against Jun Yang; Sheng Tai Yang; YST Foods, Inc.; Williams Clark Company, Inc.; and their heirs, successors, and assigns and all other persons and entities having an interest in the Defendant Property. Plaintiff has shown (1) that there was reasonable cause to seize Defendant Property; (2) that a Verified Civil Complaint for Forfeiture In Rem was filed pursuant to 19 U.S.C. § 1595a(c)(1)(A) as merchandise that was introduced or attempted to be introduced into the United States contrary to law, and was smuggled or clandestinely introduced into the United States, contrary to 18 U.S.C.

§ 541, 18 U.S.C. § 542, or 18 U.S.C. § 545; and (3) that all other unknown potential claimants have been served by publication. As reflected by the record in this case, all persons and entities having interest in Defendant Property have failed to appear, file a claim or answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to Plaintiff and against Defendant Property. Furthermore, no person with standing is before the Court to object to the Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby **ORDERED**:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution are **GRANTED**;

2. The Defendant Property is hereby condemned and forfeited to the United States of America; and all right, title, claim, and interest to Defendant Property by Jun Yang; Sheng Tai Yang; YST Foods, Inc.; Williams Clark Company, Inc.; and their heirs, successors, and assigns and all other persons and entities are vested in the United States of America;

3. Jun Yang; Sheng Tai Yang; YST Foods, Inc.; Williams Clark Company, Inc.; and their heirs, successors and

assigns and all other persons and entities are forever barred from asserting a claim against Defendant Property;

4. Customs and Border Protection, Homeland Security Investigations of the Department of Homeland Security, or an authorized designee are to dispose of Defendant Property according to law and regulatory provisions;

5. Customs and Border Protection, Homeland Security Investigations of the Department of Homeland Security, or an authorized designee shall pay all expenses related to the seizure and forfeiture of Defendant Property;

6. The **Clerk of Court** is hereby **DIRECTED** to **enter judgment** pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution, and to **close this case**.

SO ORDERED this 29th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA